# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-6682 JEM | Date | August 14, 2013 |
|---|---|---|---|
| Title | OSCAR KIHN v MCGUIGAN LAW OFFICE, LLC, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The parties are ordered to show cause in writing no later than August 28, 2013, why this action should not be dismissed for lack of prosecution. Defendant's counsel represented that he has been unable to locate the Defendant. In light of the foregoing, the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- ◘ Plaintiff's filing of a request to the clerk to enter default judgment;
- ◘ Joint Stipulation to dismiss the action, or
- ◘ Plaintiff's filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Parties

                                                                            :        
                                    Initials of Preparer                     sa